JH

CASE NO. 13 C 984

TO: DONALD SCHWARTZ

NAME HALTZ CONSTRUCTION, INC

## ANSWER

OXFORD BANK & TRUST, certify under penalty of perjury that with regard to the
Citation Respondent
property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ _____
B) Checking and / or Now Account (Amount withheld) $ <637.> OVERDRAWN
C) Certificate of Deposit (Amount withheld) $ 5,201.00
D) Money Markt Account (Amount withheld) $ _____
E) Trust Account (Amount withheld) $ _____
F) Safety Deposit Box $ _____
G) No Acccounts _____
H) Adverse Claimant: Name _____ Address _____
I) Wages, Salary or Commissions _____
J) Other Personal Property (Describe) _____

FILED
AUG 13 2013  8-13-13
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Attach a sheet for any additional information required by this Citation.

Sub Total # 4,564.00

Less right of offset for other loans      #5,000.00
Less deduction for fees limited by
205 ILCS 5/48.1

Total <436.00> *

* NO FUNDS AVAILABE FOR CREDITOR

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

GARY MURKOWSKI
SENIOR VICE PRESIDENT
OXFORD BANK & TRUST
1111 W. 22nd ST. STE 800
OAK BROOK, IL 60523-1936

Agent for Citation Respondent
8-9-13