UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

*TRUSTEES OF THE CEMENT MASONS*

v.

*HALTZ CONSTRUCTION INC*

Case #: *13 C 984*

*Brian Kiebel* an investigator with The Argus Agency, Inc., a licensed Illinois Private Detective Agency (IL license #: 117-000215), located at 1480 Renaissance Drive, Ste. 208, Park Ridge, IL 60068, hereby states as follows:

1. That he served the within *Citation To Discover Assets*

   on the within named *Haltz Construction Inc*

   by personally serving a copy to *Michael Selvaggio, Reg Agent*

   on *8/9/13*

2. A) That the sex, race and approximate age of the person with whom he left the above documents are as follows:

   Sex: *M*   Race: *W*   Approximate Age: *55*   Other: *Thick black hair, large build*

   B) That the place where and the date and time of the day when the above documents were left with the person were as follows:

   Place: *Haltz Construction 1213 W. Capitol Unit 6, Addison IL*

   Date: *8/9/13*   Time of Day: *12:20 PM*

Under the penalties as provided by the law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Special Process Server